AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas

COPY

APR 2 0 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Jose Cuellar Hernandez aka Johnny Joe Hernandez aka Wolf | ) ) ) ) | Case No. M-18-0834-M |

True Name per

UNSEALED 4/20/18

Defendant(s)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 23, 2018** in the county of **Hidalgo** in the
**Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 922(g)(1) | Possession of any firearm which affected interstate or foreign commerce by a person convicted of a crime punishable by imprisonment for a term exceeding one year. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved:
Robert Wells, AUSA
4/19/2018

Complainant's signature

Jacob W. Frey, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **April 20, 2018 8:47am**

Judge's signature

City and state: **McAllen, Texas**

Peter E. Ormsby, United States Magistrate Judge
*Printed name and title*